**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA GREEN,<br><br>        Plaintiff,<br><br>  v.<br><br>ZWICKER AND ASSOCIATES, P.C., DISCOVER BANK AND DOES 1 TO 10,<br><br>        Defendants. | Case No. EDCV 13-01574-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE against Defendants Zwicker and Associates, P.C. and Discover Bank.  The Court orders that such judgment be entered.

Dated: October 17, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge